**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400　　　60 East 42nd Street, 46th Floor
St. Paul, MN 55121　　　New York, NY 10165
651-406-9665　　　212-267-7342

| | |
|---|---|
| Defendant: | **SASR Workforce Solutions, LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113611 | $74,257.00 | 4/6/2023 | 57553 | 12/30/2022 | $24,867.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113611 | $74,257.00 | 4/6/2023 | 57552 | 12/30/2022 | $24,695.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113611 | $74,257.00 | 4/6/2023 | 57550 | 12/30/2022 | $24,695.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113569 | $54,114.00 | 4/13/2023 | 57554 | 12/30/2022 | $29,266.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113569 | $54,114.00 | 4/13/2023 | 57551 | 12/30/2022 | $24,848.00 |

**Totals:**　　2 transfer(s),　　$128,371.00